UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

HENRY BARROWS, PLAINTIFF

V.

DR. GOLDMAN                    CASE NO: ___17-1388-MJR___
MHP J. WEATHERFORD
MHN MRS. COWAN
REVA ENGELAGE
LAKIESHA CAMBY

TORT CIVIL CLAIM

THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1381 BECAUSE THIS ACTION ARISES UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, PURSUANT TO 28 U.S.C. § 1343(a)(3); AND SEEKS TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW OF PLAINTIFF'S CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983.

VENUE

VENUE IS PROPER IN THIS JUDICIAL DISTRICT PURSUANT TO 28 U.S.C. § 1391(b) BECAUSE THE PLAINTIFF RESIDES AT MENARD CORRECTIONAL CENTER, WHICH IS APART OF IDOC.

ADMINISTRATIVE EXHAUSTION

IN COMPLIANCE WITH 42 U.S.C.A. 1997(e)(6) ALL ADMINISTRATIVE REMEDIES HAVE BEEN EXHAUSTED AS REQUIRED PRIOR TO THE FILING OF THIS SUIT. THE WARDEN J. LASHBROOK HAS NOT ANSWERED PLAINTIFF'S EMERGENCY GRIEVANCE OR WRITTEN INQUIRY. COUNSELOR NIPPE HAS NOT ANSWERED PLAINTIFF'S GRIEVANCE OR WRITTEN INQUIRY. MENTAL HEALTH ADMINISTRATOR DR GOLD-MAN WHOM PLAINTIFF GAVE A GRIEVANCE TO PERSONALLY SAID SHE

1 of 5

TURNED THE GRIEVANCE IN TO THE COUNSELOR. WHEN I ASKED WHICH COUNSELOR, SHE STATED SHE DIDN'T KNOW BECAUSE SHE HAD HER SECRETARY DO IT. DR. GOLDMAN CONTINUES TO GIVE ME RUN-AROUND REPLIES ABOUT THE GRIEVANCE. PLAINTIFF GRIEVANCE PROCEDURE HAS BEEN BLOCKED BY PRISON OFFICIALS WHOM REFUSE TO CARRY OUT THEIR DUTIES. THESE OFFICIALS ARE NOT IN COMPLIANCE WITH 20 ILL. ADMIN. CODE SECTION 504.840 AND FLETCHER V. MENARD C.C. 623 F. 3D 1171, 1174 (7TH CIR. 2010); AND THORNTON V. SNYDER 428 F. 3D 690, 644 (7TH CIR. 2008).

### DEFENDANTS

1) DR. LISA GOLDMAN    MENTAL HEALTH ADMINISTRATOR
2) JACOB WEATHERFORD   MENTAL HEALTH PROFESSIONAL
3) MRS. COWAN    MENTAL HEALTH NURSE

ALL DEFENDANTS ARE EMPLOYED AT MENARD C.C.
711 KASKASKIA ST
MENARD, IL, 62259

### Plaintiff:

HENRY BARRONS #B82577
P.O. BOX 1000
MENARD, IL, 62259

## STATEMENT OF CLAIM

On September 18th 2017 MHP Mr. Weatherford spoke with me. I was on a suicidal 15 minute close supervision watch. I informed Mr. Weatherford that I had an urge to cut myself. Mr. Weatherford is very familiar with me and knows I am a self-injurious inmate who has an acute mental illness as I am diagnosed with schizo-effective. Mr. Weatherford told me it was unfortunate I felt that way but it was nothing he could do about. He got up and had an officer place me back in the cell.

Once in the cell I began to cut where blood is drawn. Eventually I hit the AC artery. An inmate galley worker seen all the blood and notified the officers. I was pulled out the cell and taken to the North 2 Infirmary. Nurse Oaklay and C/O Lohman tied a tourniquet around my arm; I was then sent to the health care unit. Nurse Norton and another nurse tried to stop the bleeding but couldn't. The doctor was called and he couldn't stop the bleeding either. By now my blood pressure was low, medical staff had already called the outside hospital to come and get me.

I was rushed to Chester Memorial Hospital. Once there the hospital gave me an emergency operation. I was returned back to Menard C.C. that same day. When I came back I spoke with mental health nurse Mrs. Cowan. Mrs. Cowan did a mental health evaluation and told the officer's she had to phone the mental health administrator; she came back and stated that Dr. Goldman said he (plaintiff) was off watch.

OFFICER COWAN (NOT NURSE COWAN) STATED TO NURSE COWAN: DO SHE KNOW this guy almost killed himself? COWAN REPLIED "YES". C/O COWAN SAID: "CALL HER BACK AND MAKE SURE SHE KNOWS EXACTLY WHO YOU TALKING AND WHOSE SHE TAKING off WATCH." NURSE COWAN LEFT AND CAME BACK AND SAID: "SHE SAID to TAKE HIM off WATCH." C/O COWAN SAID: "ARE YOU fucking KIDDING ME, THIS GUY ALMOST KILLED HIMSELF, AND HE'S TELLING YOU HE'S GOING to KEEP CUTTING, AND SHE'S TAKING HIM off WATCH." NURSE COWAN SAID: "SHE'S NEW. SHE CAME from ANOTHER STATE." OFFICER COWAN STATED HE WAS GOING to CALL THE SHIFT COMMANDER to COVER HIS AXX.

I WAS SENT to NORTH 2 CELL 209 NOT ON SUICIDE WATCH. AROUND 12:30 AM I RIPPED THE STITCHES from MY ARM ATTEMPTING to cut THE ARTERY, but IT WAS GONE. I THEN cut MY OTHER ARTERY. I WAS TAKEN to THE HEALTH CARE UNIT. NURSE REYA ENGELAGE WAS ABLE to stop THE BLEEDING.

NURSE REYA AND LAKIESHA TRIED to put STERIO STRIPS ON THE WOUND I RIPPED THE STITCHES from. WHEN THEY SEEN THE PROCEDURE WOULD NOT WORK THEY DISCUSS WITH EACHOTHER. Both AGREED I NEEDED THE WOUND RE-STITCHED; Both AGREED IT WAS too WIDE AND DEEP for STERIO STRIP, AND BECAUSE IT WAS A SURGICAL WOUND RISK GETTING INFECTED. THESE NURSES still put THE STERIO STRIP'S ON top of THE OPEN WOUND. THEIR REASON IS BECAUSE I SHOULDN'T RIPPED THE STITCHES out. I WAS PLACED IN four point RESTRAINTS.

THAT MORNING DR. GOLDMAN CAME IN, AND STATED to ME: I CARE ABOUT your WELL-BEING CAN YOU PLEASE STOP CUTTING. I ASKED HER HOW DID SHE CARE ABOUT MY WELL BEING WHEN SHE took ME off WATCH & I ALMOST KILLED MYSELF the first time.

SHE ANSWERED STATING IT WAS HER MEDICAL JUDGMENT TO TAKE ME off SUICIDE WATCH. I ASKED HER DID SHE THINK HER DECISION WAS SOUND JUDGMENT. SHE TOLD ME I DIDN'T HAVE THE EDUCATION OR AUTHORITY TO QUESTION HER MEDICAL JUDGMENTS & SHE WAS NOT GOING TO DISCUSS THE MATTER.

EACH DEFENDANT HAS VIOLATED PLAINTIFFS RIGHT BY WILLFUL AND WANTON DISREGARD TO PLAINTIFFS SERIOUS MEDICAL AND MENTAL HEALTH NEEDS. IN VIOLATION TO THE 8TH AND 14TH AMENDMENT.

<u>RELIEF REQUESTED</u>

COMPENSATORY DAMAGES 500,000$
PUNITIVE DAMAGES 1,000,000$

Respectfully Submitted

Henry Barrows

HENRY BARROWS #382577
P.O. BOX 1000
MENARD, IL, 62259

5 of 5